**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------X
MARIE GUERRERA TOOKER

                Appellant,

    -against-

QUEST VENTURES LTD.,
ALLEN B. MENDELSOHN, and
IPA ASSET MANAGEMENT IV, LLC,

                Appellees.
----------------------------------------X

**JUDGMENT**
18-CV-6331(JS)
19-CV-64(JS)

    A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on January 23, 2020, dismissing as moot pro se Appellant Marie Guerrera Tooker's appeals from the bankruptcy orders, and directing the Clerk of the Court to mark these cases closed, it is

    **ORDERED AND ADJUDGED** that Appellant Marie Guerrera Tooker take nothing of Appellees Quest Ventures, Ltd., Allen B. Mendelsohn, and IPA Asset Management IV, LLC; that Appellant Marie Guerrera Tooker's appeals from the bankruptcy orders are dismissed as moot; and that these cases are closed.

Dated: January 27, 2020
      Central Islip, New York

                              DOUGLAS C. PALMER
                              CLERK OF THE COURT
                By: /s/ James J. Toritto
                              Deputy Clerk